## LINDELL v. THE PRESIDENT, DIRECTORS & Co. OF THE BANK OF MISSOURI—RUTGERS v. SAME.

Both the above cases are precisely like the case of Lindell v. The President Directors & Co. of the Bank of Missouri, decided by this court October 1835, when the judgment in favor of the Bank was reversed, the judgements in both the above cases, are reversed with costs.